UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN RE:

DAVID F. POLZIN                                    Case No. 16-20336-dob
and JENNIFER A. POLZIN,                      Chapter 13 Proceeding
            Debtors.                                    Hon. Daniel S. Opperman

_____/

## ORDER DETERMINING DEBTORS ARE NOT ELIGIBLE FOR A DISCHARGE

On March 15, 2016, the Debtors filed a Chapter 13 Plan.  The Court has reviewed the

Debtors' Chapter 13 Plan and notes that the Debtors indicate they are not entitled to a discharge.

The Court therefore has determined to enter this order.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Debtors are ineligible for a

discharge in this Chapter 13 case pursuant to 11 U.S.C.§1328(f)(1) because they obtained a

discharge in a Chapter 7 case that was filed within 4 years preceding the filing of this case.

**Signed on March 16, 2016**

                                                    **/s/ Daniel S. Opperman**
                                                    **Daniel S. Opperman**
                                                    **United States Bankruptcy Judge**